UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JILL ELIZABETH JANDEBEUR,

  Plaintiff,

v.

                                            CASE NO. 1:24-cv-02716-TWT-JKL

EQUIFAX INFORMATION
SERVICES LLC, TRANS UNION
LLC, and RESURGENT CAPITAL
SERVICES L.P. d/b/a LVNV
FUNDING LLC,

     Defendants.

_____/

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO RESURGENT CAPITAL SERVICES L.P. d/b/a LVNV FUNDING LLC</u>**

COMES NOW Plaintiff, JILL ELIZABETH JANDEBEUR and Defendant, RESURGENT CAPITAL SERVICES L.P. d/b/a LVNV FUNDING LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant RESURGENT CAPITAL SERVICES L.P. d/b/a LVNV FUNDING LLC in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 6th day of November, 2024.

1

| | |
|---|---|
| **/s/ Octavio Gomez** | */s/ R. Frank Springfield* |
| Octavio "Tav" Gomez | R. Frank Springfield |
| Florida Bar No.: 0338620 | Georgia Bar No. 316045 |
| Georgia Bar No.: 617963 | fspringfield@burr.com |
| Pennsylvania No.: 325066 | BURR & FORMAN LLP |
| The Consumer Lawyers PLLC | 420 North 20th Street, Suite 3400 |
| 501 E. Kennedy Blvd., Suite 610 | Birmingham, AL  35203 |
| Tampa, FL 33602 | Telephone: (205) 251-3000 |
| Cell: (813) 299-8537 | Facsimile: (205) 458-5100 |
| Facsimile: (844) 951-3933 | |
| Tav@theconsumerlawyers.com | *Attorney for Defendant LVNV* |
| *Attorney for Plaintiff* | *FUNDING LLC* |